UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| QURAISH KIBERU,<br><br>      Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility,<br><br>      Respondent. | *<br>*<br>*<br>*<br>*    Civil Action No. 20-10709-ADB<br>*<br>*<br>*<br>*<br>* |

## SERVICE ORDER

BURROUGHS, D.J.

Immigration detainee Quraish Kiberu, who is confined at the Plymouth County Correctional Facility, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, the Court hereby orders:

1. Antone Moniz, Superintendent of the Plymouth County Correctional Facility, shall be the sole respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004) (immediate custodian of petitioner is proper respondent in habeas action); *Vasquez v. Reno*, 233 F.3d 688, 696 (1st Cir. 2000) (same, as applied to immigration detainee).

2. The Clerk of this Court shall serve a copy of the petition on Superintendent Moniz and the United States Attorney for the District of Massachusetts.

3. The respondent shall, no later than 11am on Tuesday, April 14, 2020, file a status report. As necessary, the Court will set a later date for formal response to the petition.

4. The Court will hold a telephone conference at 1:30pm on Tuesday, April 14, 2020. Counsel for the petitioner and the respondent shall contact Karen Folan, courtroom deputy clerk, to receive the call-in number for the conference.

2

5.      To give the Court time to consider the matter, unless otherwise ordered by the Court, the petitioner shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor.  Any such 48-hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday."  Fed. R. Civ. P. 6(a)(2)(C).

**IT IS SO ORDERED.**

Dated:  4/10/2020

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
DISTRICT JUDGE